MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone: (949) 296-9869
    Facsimile: (949) 606-8988
    E-mail:   mblanco@meghanblanco.com

Attorney for MOUSTAPHA MOUSTAPHA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MOUSTAPHA MOUSTAPHA,<br><br>　　　Defendant. | No. CR 24-CR-168-MSC<br><br>DEFENDANT MOUSTAPHA MOUSTAPHA MOTION TO PRECLUDE THE GOVERNMENT FROM UTILIZING EVIDENCE PRODUCED AFTER AUGUST 5, 2024 |

PLEASE TAKE NOTICE that at 9:00 on August 13, 2024, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Mark C. Scarsi, United States District Judge, defendant Moustapha Moustapha will bring on for hearing the following motion in limine to preclude the government from utilizing at trial any evidence, including expert statements, that were produced after the August 5, 2024, status conference.

//

1

This motion is based on the attached memorandum of points and authorities and any other evidence the Court wishes to hear.

Respectfully Submitted,

Dated: August 8, 2024

*//s// Meghan Blanco*
MEGHAN BLANCO
Attorney for
MOUSTAPHA MOUSTAPHA

MEMORANDUM OF POINTS AND AUTHORITIES

I. Introduction

Mr. Moustapha was arrested on February 12, 2024. Since his arrest, the government has produced modest amounts of discovery on March 29, April 1, April 10, and April 15. Copies of the government's production letters are attached hereto as exhibits. Missing from the discovery are several items, which have been in the government's possession for months, including, forensic information allegedly derived from various telephones; fingerprint evidence; complete expert reports and disclosures, including complete disclosures regarding the seized narcotics, seized firearms, and drug distribution organizations (to date no complete disclosures have been made); photographs allegedly taken during various surveillance, search and arrest operations (no photographs have been produced); recordings, if any, of controlled interviews (none have been produced); business records, including from shipping companies and rental companies

(none have been produced); toll records/call detail records (none have been produced); and translations.

II. Argument

The Court's standing criminal trial order requires the government to produce to defense counsel "the discovery it currently has in its possession within seven days from the date of the PIA Hearing." Further, the Court's order requires the government to "produce to defendant(s) the discovery related to evidence it seeks to introduce at trial no later than two (2) weeks prior to the scheduled trial date." The August 5, 2024, status conference occurred more than seven days after Mr. Moustapha's PIA and fewer than two weeks before the August 13, 2024, trial date. Accordingly, the government should be precluded from utilizing at trial any evidence, including testimonial evidence from any expert who was not properly noticed and disclosed, in accordance with the Court's standing order.

//

//

4

III. Conclusion

For the forgoing reasons, Mr. Moustapha requests that the Court preclude the government from utilizing any evidence that was not produced by the August 5, 2024, status conference.

Respectfully Submitted,

Dated: August 8, 2024

                                  *//s// Meghan Blanco*
MEGHAN BLANCO
Attorney for
MOUSTAPHA MOUSTAPHA