# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOUSTAPHA MOUSTAPHA,<br><br>　　　　　　Defendant. | Case No.: 2:24-cr-00168-MCS-1<br><br>ORDER ON EX PARTE APPLICATION CALENDARING A STATUS CONFERENCE ON AUGUST 12, 2024 (ECF No. 25) |

　　Good cause appearing,

　　IT IS HEREBY ORDERED that the parties shall appear for a status conference on August 12, 2024, at 3:00 p.m.

　　IT IS SO ORDERED.

DATED: August 8, 2024

*/s/ Mark C. Scarsi*
———————————————
HON. MARK C. SCARSI
United States District Judge