MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone:  (949) 296-9869
    Facsimile:  (949) 606-8988
    E-mail:   mblanco@meghanblanco.com

Attorney for MOUSTAPHA MOUSTAPHA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-CR-168-MSC |
|---|---|
| Plaintiff, | DEFENDANT MOUSTAPHA MOUSTAPHA'S NOTICE OF THE GOVERNMENT'S APPARENT INTENT TO CALL A SECOND CI WHO HAS NOT BEEN DISCLOSED TO COUNSEL OUTSIDE OF ECF 37 AND IS NOT REFERENCED IN DISCOVERY |
| v. | |
| MOUSTAPHA MOUSTAPHA, | |
| Defendant. | |

Mr. Moustapha, by and through his counsel of record, hereby notices the Court that last night the government filed an amended witness list [ECF 37] that includes a second CI.  The discovery produced thus far does not disclose the existence of a second CI.  Nor has the government disclosed its intent to call a second CI outside of the amended notice filed last night.  Counsel has no idea who this second CI is or what, if any, involvement this person had in the government's investigation.

1

Respectfully Submitted,

Dated: August 11, 2024

    *//s// Meghan Blanco*
MEGHAN BLANCO
Attorney for
MOUSTAPHA MOUSTAPHA