MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone:  (949) 296-9869
    Facsimile:  (949) 606-8988
    E-mail:  mblanco@meghanblanco.com

Attorney for MOUSTAPHA MOUSTAPHA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-CR-168-MSC |
|---|---|
| Plaintiff, | DEFENDANT MOUSTAPHA MOUSTAPHA'S NOTICE OF WITHDRAWAL OF MOTION TO SUPPRESS EVIDENCE OBTAINED FROM THE FEBRUARY 1, 2024 SEARCH BASED ON PREVIOUSLY SUPPRESSED BRADY INFORMATION THAT CALLS INTO QUESTION THE LEGALITY OF THE DEA'S INVESTIGATION |
| v. | |
| MOUSTAPHA MOUSTAPHA, | |
| Defendant. | |

   Mr. Moustapha, by and through his counsel of record, hereby notices the Court of his withdrawal of his previously filed notice to suppress evidence [ECF 21]. Yesterday evening, counsel received initial CW disclosures for CW-1, who was previously identified in reports and warrant applications as a "Source of Information," or "SOI," and not an active CW.  It is now clear that CW-1 was, in fact, utilized as an active CW who was instructed to engage in illegal activities in Lebanon, and potentially, Dubai and the UAE.  Mr. Moustapha did not

1

follow through on the specific illegal acts that the CW asked him to do.  This was not previously disclosed in any report or warrant application and is *Brady*.  Further, it is unclear whether DEA agents were authorized to instruct a CW to engage in illegal conduct in Lebanon, where such conduct is punishable by life.  Absent such approvals, the DEA's investigation may have been illegal.  If this case continues beyond today's status conference (Mr. Moustapha does not want a continuance), Mr. Moustapha will need to supplement his previously filed motion.  As of now, he does not possess CW disclosures that would allow him to do that.

    Mr. Moustapha does not withdraw his previously filed motion to preclude all testimonial and physical evidence not produced prior to the August 5, 2024, status conference.

                                    Respectfully Submitted,

Dated: August 12, 2024

                                    *//s// Meghan Blanco*
                                    MEGHAN BLANCO
                                    Attorney for
                                    MOUSTAPHA MOUSTAPHA