MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone:   (949) 296-9869
    Facsimile:   (949) 606-8988
    E-mail:   mblanco@meghanblanco.com

Attorney for MOUSTAPHA MOUSTAPHA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-CR-168-MSC |
|---|---|
| Plaintiff, | DEFENDANT MOUSTAPHA MOUSTAPHA'S NOTICE OF THE GOVERNMENT'S PRODUCTION OF FIVE (5) PREVIOUSLY UNDISCLOSED RECORDED STATEMENTS OF MR. MOUSTAPHA FROM JANUARY AND FEBRUARY 2024 |
| v. | |
| MOUSTAPHA MOUSTAPHA, | |
| Defendant. | |

Mr. Moustapha, by and through his counsel of record, hereby notices the Court that last night the government produced five (5) new recorded statements that Mr. Moustapha allegedly made to a CW (who was previously identified as a SOI) in January and February 2024. The statements were transmitted to DEA SA West the same day they were allegedly made. Two recorded statements with the same CW were disclosed on April 10, 2024. Some of the statements contained Brady information.

1

Respectfully Submitted,

Dated: August 12, 2024

       *//s// Meghan Blanco*
MEGHAN BLANCO
Attorney for
MOUSTAPHA MOUSTAPHA