E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
DAVID C. LACHMAN (Cal Bar. 261711)
COLIN S. SCOTT (Cal Bar. 318555)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5564/3159
     Facsimile: (213) 894-2927
     E-mail:    david.lachman@usdoj.gov
                colin.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-00168-MCS |
|---|---|
| Plaintiff, | GOVERNMENT'S STATUS REPORT REGARDING PRODUCTION OF DISCOVERY ON AUGUST 16, 2024 |
| v. | |
| MOUSTAPHA MOUSTAPHA, | Hearing Date: September 3, 2024 |
| Defendant. | Hearing Time: 3:00 p.m.<br>Location:     Courtroom of the<br>              Hon. Mark C. Scarsi |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Colin S. Scott and David C. Lachman hereby submits a Status Report Regarding Discovery in this case.

On August 12, 2024, the Court held a status conference regarding this matter and ordered the government to "produce materials relating

to the search warrant, CI parole paperwork, and the issue of illegality by the end of the week." (Dkt. No. 59.) In accordance with this order and its discovery obligations, the government has reviewed its file and the files of the relevant agencies and produced the following materials on August 16, 2024:

***Confidential Informant ("CI") Discovery***

In response to defense counsel's requests, the government has reviewed all communications between DEA and CI-1 and CI-2, as well as the CI files, and has produced the following additional information:

- All previously unproduced written or recorded communications with CI-1, including multimedia and image files sent by CI-1 to DEA Special Agents, related to the subject matter of this investigation or any benefits received by CI-1;

- All written or recorded communications between DEA Specials Agents and CI-2 related to the subject matter of this investigation or any benefits received by CI-2;

- Three DEA reports regarding CI-1; and

- CI disclosures for CI-1 and CI-2, including CI-1's parole application.[1]

***Search Warrant Materials***

The government has reproduced an unredacted version of the search warrant and search warrant application for defendant's Malibu beach house. The government had previously produced a redacted version of the search warrant application to defense counsel. The

---

[1] The parole application indicates that the DEA moved to parole the CI into the United States on May 7, 2024, and that AUSA Colin Scott concurred with this application. The government believes this concurrence was given in November 2023, before charges in this case were brought.

government had also previously produced an unredacted version of the initial complaint, which contains the same information as the unredacted affidavit in support of the search warrant application, to defendant's former counsel on February 13, 2024.

***Cell-Site Data***

At the status conference on August 12, 2024, the government believed, and thus represented to the Court, that it had produced all cell-site data obtained in connection with this investigation to the defendant. In response to the completeness issues raised by defense counsel, the government discovered after the hearing that it had produced the three cell-site warrant applications, a sting-ray application and warrant, and certain historical cell-site data for the December 2023 warrant requested by defense counsel on April 8, 2024. The government, however, had not produced prospective cell-site data for the December 2023 cell-site warrant or any cell-site date for the two February 2023 cell-site warrants. The government obtained the missing cell-site data from the investigating agency on August 15, 2024. The government has now produced all remaining cell-site data, including historical and prospective cell-site data for the December 2023 warrant and two February 2024 cell-site warrants.

***Reports of Investigation***

The government represented to the Court on August 12, 2024, that it had produced all the investigative reports in this matter. After directing the DEA to re-review its file, however, the government received five additional investigative reports on August 14 and 15, 2024. These reports pertain to: (a) the return of a grand jury indictment on March 12, 2024; (b) the review of defendant's phone following his proffer and consent to search his digital device on

3

February 29, 2024; (c) the seizure and laboratory testing of packages destined for Australia in January 2024; (d) a controlled delivery operation by Australian law enforcement authorities of packages shipped from the United States to Australia; and (e) Australian law enforcement's laboratory testing of the methamphetamine contained in packages shipped from the United States to Australia.  The information described in the latter two reports was previously provided to the defendant in other reports or the complaint.

***Defendant's Cell Phone Data***

The government has also produced two Cellebrite reports containing defendant's communications with CI-1 and evidence of defendant's drug trafficking activities.  These materials are a subset of the full Cellebrite extraction of defendant's phone previously produced to defense counsel on August 8, 2024.

***Other Information***

Since the August 12, 2024, status conference, the government received and has produced the following materials:  (a) criminal history reports; (b) the rental agreements for the Malibu property

//
//

where the drugs and guns were found; and (c) the receipt for the Marina del Rey Airbnb apartment where defendant was arrested.

Dated: August 16, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CAMERON SCHROEDER
Assistant United States Attorney
Chief, National Security Division

    /s/
DAVID C. LACHMAN
COLIN S. SCOTT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA